IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00939-REB-MJW

ZAHID SHAH,

Plaintiff(s),

v.

QWEST COMMUNICATIONS INTERNATIONAL, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Motion for a Pretrial Conference Under Rule 16 of the Federal Rules of Civil Procedure (docket no. 15) is MOOT and therefore DENIED. This court has already set this case for a Rule 16 Scheduling Conference on July 13, 2010, at 10:30 a.m. *See* Order dated May 7, 2010 (docket no. 9).

Date: May 27, 2010